**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION**

United States of America,

    Plaintiff,

    v.                                      Case No. CR-2-08-51

David Anthony Cain,

    Defendant.

## **ORDER**

This matter is before the Court on Defendant David Anthony Cain's submitted Financial Affidavit (ECF No. # 18). The Court hereby **REFERS** the issue of reviewing the submitted financial affidavit and the appointment of counsel, if applicable, to the Duty Magistrate Judge.

    **IT IS SO ORDERED.**

                                                                   **s/ George C. Smith**
                                                                     **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**